**U.S. Department of Justice**

*United States Attorney*
*Southern District of New York*

*The Jacob K. Javits Federal Building*
*26 Federal Plaza, 37th Floor*
*New York, New York 10278*

October 1, 2025

**BY ECF**
The Honorable Jeannette A. Vargas
United States District Judge
Southern District of New York
500 Pearl Street
New York, New York 10007

**MEMO ENDORSED**

Re:   *United States v. Jesus Zavala*, 24 Cr. 560 (JAV)

Dear Judge Vargas:

The parties write jointly in response to the Court's directive at the status conference on October 1, 2025, to provide a proposed schedule for pre-trial filings. The parties propose the following schedule:

- **November 17, 2025**: Government shall file any Federal Rule of Evidence 404(b) notices, and the parties shall both file any expert notices.

- **November 24, 2025**: The parties shall file motions *in limine*, proposed *voir dire* questions, requests to charge, and proposed verdict forms.

- **December 1, 2025**: The parties shall file oppositions to the motions in *limine*, and the Government shall provide to defense counsel any 3500 material, the Government's witness list, and its exhibits.

- **December 8, 2025**: Final pretrial conference at 11:00 a.m. The defense shall also provide to the Government any Federal Rule of Criminal Procedure 16 material, list of defense exhibits, Federal Rule of Criminal Procedure 26.2 material, and a list of witnesses the defense anticipates calling.

Respectfully submitted,

JAY CLAYTON
United States Attorney

By:   *Meredith Foster*
Meredith Foster
Assistant United States Attorney
(212) 637-2310

**SO ORDERED:**

*Jeannette Vargas*
The Honorable Jeannette A. Vargas
United States District Judge

Dated: October 15, 2025

cc:   Edward V. Sapone, Esq. (counsel for defendant) by ECF