

U.S. Department of Justice

*United States Attorney*
*Southern District of New York*

*The Jacob K. Javits Federal Building*
*26 Federal Plaza, 37th Floor*
*New York, New York 10278*

November 20, 2025

**BY ECF**
The Honorable Jeannette A. Vargas
United States District Judge
Southern District of New York
500 Pearl Street
New York, New York 10007

**MEMO ENDORSED**

Re:   *United States v. Jesus Zavala*, 24 Cr. 560 (JAV)

Dear Judge Vargas:

    In light of the upcoming change of plea conference scheduled for December 1, 2025, the Government respectfully requests that the Court adjourn all pretrial deadlines in the above-matter *sine die*. Defense counsel has informed the Government that he consents to this request.

Respectfully submitted,

JAY CLAYTON
United States Attorney

By: *Meredith Foster*
Meredith Foster
Assistant United States Attorney
(212) 637-2310

cc:   Edward V. Sapone, Esq. (counsel for defendant) by ECF

The Government's request is GRANTED. All pretrial deadlines are adjourned sine die. The Clerk of Court is directed to terminate ECF No. 30.

**SO ORDERED:**

*Jeannette Vargas*
The Honorable Jeannette A. Vargas
United States District Judge
Dated: November 20, 2025